HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON PAUL CHESTER,

        Plaintiff,

v.

TACOMA COMMUNITY COLLEGE,

        Defendant.

No. 12-cv-5473 RBL

ORDER DENYING IFP APPLICATION AND MOTION FOR SERVICE BY USMO

[Dkt. #s 3 and 9]

Before the Court is Plaintiff Jason Paul Chester's application to proceed *in forma pauperis* [Dkt. #3], and Plaintiff's Motion for Service by USMO [Dkt. #9]. For the reasons set forth below, the Court **DENIES** these motions.

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369

Order - 1

(9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

Here, the Court recognizes that Plaintiff asserts a difficult personal situation. However, the Complaint presents no recognizable cause of action, and thus, lacks merit on its face.

# I. ORDER

For the reasons stated above, the Court **DENIES** the application to proceed *in forma pauperis* [Dkt. #3]. Plaintiff has **15 days** to pay the filing fees or the case may be dismissed. Plaintiff's Motion for Service by USMO [Dkt. #9] is **DENIED AS MOOT.**

DATED this 25th day of June, 2012

Ronald B. Leighton
United States District Judge