HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON PAUL CHESTER,<br><br>  Plaintiff,<br><br>v.<br><br>TACOMA COMMUNITY COLLEGE,<br><br>  Defendant. | CASE NO. C12-5473RBL<br><br>ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER |

The plaintiff filed a Motion for Temporary Restraining Order [Dkt. #10]. The Court has reviewed the materials submitted for and against the motion and following that review, this Court **DENIES** the Motion for Temporary Restraining Order.

To obtain a Temporary Restraining Order, Mr. Chester is required to show: (1) a likelihood of success on the merits; (2) a likelihood of irreparable harm to the moving party in the absence of preliminary relief; (3) that a balance of equities tips in the favor of the moving party; and (4) that an injunction is in the public interest. *Winter v. Natural Res. Def. Council, Inc.,* 555 U.S. 7 (2008). The recitation of facts accompanying the Motion for a Temporary

1  Restraining Order does not meet any of the elements necessary to support the Motion.  On that
2  basis, Plaintiff's Motion for Temporary Restraining Order [Dkt. #10] is **DENIED.**
3      Dated this 25th day of June, 2012.

                                          /s/ Ronald B. Leighton
                                          Ronald B. Leighton
                                          United States District Judge